**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**DOCKET NO. 3:20-cr-00010-MOC-DSC**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| SHANEEKA CURRY, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the government's Motion to dismiss the charges against Defendant Shaneeka Curry in the Bill of Indictment in the-captioned case without prejudice, because she has entered a guilty plea in the related bill of information in Docket Number 3:20-cr-336-MOC. (Doc. No. 63). The Defendant consents to the Motion.

Having considered the government's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Dismiss Without Prejudice (Doc. No. 63) is **GRANTED**, and the charges in this action against Defendant Shaneeka Curry are **DISMISSED** without prejudice.

Signed: December 10, 2020

Max O. Cogburn Jr.
United States District Judge